UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BIANCA VELEZ,**

    **Plaintiff,**

v.                                                     **Case No. 8:21-cv-106-MSS-AAS**

**DARDEN RESTAURANTS and
CHEDDARS SCRATCH KITCHEN,**

    **Defendant.**

_____/

## ORDER

Plaintiff Bianca Velez moves pursuant to Federal Rule of Civil Procedure 12(e) for a more definite statement on the undersigned's May 12, 2022 report and recommendation (Doc. 16). (Doc. 17). "Rule 12(e), however, provides for filing a motion for more definite statement as to *a pleading to which a party may file a responsive pleading*." *Gibson v. Resort at Paradise Lakes, LLC*, No. 8:16-cv-791-CEH-AAS, 2016 WL 7049265, at *2 (M.D. Fla. Dec. 5, 2016) (emphasis added) (*citing* Fed. R. Civ. P. 12(e)). Rule 12(e) contemplates requests for more information from parties to the case, not the court itself. To the extent Ms. Velez contends the undersigned's recommendation is "so vague and ambiguous that an objection is not possible due to the lack of information basing the grounds for dismissal," her arguments are nonetheless better suited

1


for a proper objection to the undersigned's May 12, 2022 report and recommendation.[1] Accordingly, Ms. Velez's motion for a more definite statement (Doc. 17) is **DENIED**.

**ORDERED** in Tampa, Florida, on June 1, 2022.

*[signature: Amanda Arnold Sansone]*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:
Bianca Velez
2915 Vermont Ave
Lakeland, FL 33803

---

[1] Ms. Velez claims dismissal of her case "feels unjust because only one avenue of remedy has been provided over and over." (Doc. 17, p. 2). However, as noted by the undersigned, regardless of the court's decision on dismissing Ms. Velez's motion to proceed *in forma pauperis* (Doc. 13), "Ms. Velez may pay the filing fee and conduct proper service of process if she wishes to proceed under her amended complaint." (Doc. 16, p. 6 n. 2).